**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

NUCOR STEEL-ARKANSAS; and                                              PLAINTIFFS
NUCOR-YAMATO STEEL COMPANY

v.                                              NO. 3:14CV00193 JLH

BIG RIVER STEEL, LLC                                              DEFENDANT

**ORDER**

MARK W. DELAQUIL and MARTIN T. BOOHER, of the law firm of Baker & Hostetler,

LLP, counsel for defendant in this matter, are hereby authorized to bring a cell phone, laptop

computer, or personal digital assistant into the courthouse in Little Rock, Arkansas, on Friday,

January 16, 2015, subject to the following rules:

(a)    The devices mentioned above may not be used to record, photograph, or film anyone

or anything inside the courthouse.

(b)    Cell phones must be turned off and put away when in the courtroom.

(c)    Wireless internet components of electronic devices must be deactivated when in

district courtrooms.

(d)    Before persons with electronic devices are granted entry into the courthouse, all

devices must be examined by the United States Marshals Service or Court Security

Personnel.  This examination includes, but is not limited to placing the device

through electronic screening machines and requiring the person possessing the

device to turn the power to the device off and on.

(e)    The United States Marshals Service may further restrict electronic devices from

entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SIGNED this 15th day of January, 2015.

_____

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE