IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NUCOR STEEL-ARKANSAS;                                                           PLAINTIFFS
and NUCOR YAMATO STEEL COMPANY

v.                              No. 3:14CV00193 JLH

BIG RIVER STEEL, LLC                                                            DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the complaint of Nucor Steel-Arkansas and Nucor Yamato Steel Company against Big River Steel, LLC, is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED this 25th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE